THE LAW OFFICE OF
# RICK S. COWLE

95 GLENEIDA AVENUE (ROUTE 52)  
CARMEL, NEW YORK 10512

ADMITTED IN NY, CT  
& WASHINGTON D.C.  
E-MAIL: rcowlelaw@comcast.net  
WEB: rcowlelaw.com

TELEPHONE (845) 225-3026  
FACSIMILE (845) 225-3027

January 8, 2010

TO:    United States Bankruptcy Court  
        Southern District of New York

**RE:**    **Gary J. D'Alessandro**  
        **Case No. 09-38736-cgm**

Dear Sir or Madam:

Please be advised that the Law Office of Rick S. Cowle will be appearing and representing the debtor in regard to their loss mitigation request.

Please advise me as to the name and contact information for the lender in this process.

Very truly yours,

*Rick Cowle/so*

Rick S. Cowle, Esq.

RC:so

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:  Chapter 13

    Gary J. D'Alessandro

                                        Case No. 09-38739 (cgm)

                            Debtor(s).
------------------------------------------------------------x

## LOSS-MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

45 Farm Lake Court, Carmel, New York 10512

American Servicing Company - Loan Number 1205248105

~~Wachovia - Loan Number 4386-5419-1035-4884~~

## SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.

Sign: /s/Gary J. D'Alessandro                     Date: January 8, 2010

Print Name:             Gary J. D'Alessandro

Telephone Number:     845-617-2092

E-mail address (if any):     _____

IN THE UNITED STATES BANKRUPTCY COURT
Southern District of New York

In the Matter of: }

Gary J. D'Alessandro } Case No. 09-38736-cgm

} Chapter 13

Debtor(s) }

**Proof of Service by Mail**

I, **Susan Omboni** declare that I am a resident of or employed in the County of **Putnam** State of New York. My address is **95 Gleneida Avenue, Carmel, New York 10512**. I am over the age of eighteen years of age and am not a party to this case.

On January 8, 2010, I served a Loss **Mitigation Request to Americas Servicing Company, Wachovia Bank and Jeffrey Sapir, Trustee**, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at **Fair Street, Carmel, New York 10512** addressed as follows:

| | | |
|---|---|---|
| **Americas Servicing Company** | **Wachovia Bank** | **Jeffrey L. Sapir, Trustee** |
| Att: Bankruptcy Dept. | P.O. Box 3117 | 399 Knollwood Road |
| 1 Home Campus | Winston Salem, NC 27102 | Suite 102 |
| Des Moines, IA 50328 | | White Plains, NY 10603 |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 8, 2010.

*Susan Omboni* (signature)
Susan Omboni

Sworn and subscribed to before me this 10th day of January, 2010.

_____
Notary Public

RICK S. COWLE
Notary Public, State of New York
No. 01CO5048489
Qualified in Putnam County
Commission Expires August 28, 2013